RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Leonard Earl Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00326-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| LEONARD EARL RUSSELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sylvia A. Irvin, Assistant Federal Public Defender, counsel for Leonard E. Russell, that the Initial Appearance currently scheduled on July 15, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defendant is currently in state custody and unable to appear at the initial appearance.

2. Mr. Russell had a summons issued to appear today, July 15, 2020, on a petition alleging violations of supervised release.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 15 day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By */s/ Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00326-JCM-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD EARL RUSSELL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on July 15, 2020 at the hour of 2:30 p.m., be vacated and continued to Wednesday, August 5, 2020, at the hour of 2:30 p.m, in courtroom 3A.

DATED this 15th day of July, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE