RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Leonard Earl Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEONARD EARL RUSSELL,<br><br>        Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>ORDER **TO CONTINUE INITIAL APPEARANCE ON PETITION ALLEGING SUPERVISED RELEASE VIOLATIONS**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sylvia A. Irvin, Assistant Federal Public Defender, counsel for Leonard E. Russell, that the Initial Appearance currently scheduled on August 5, 2020 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    A summons was issued for Mr. Leonard to appear on July 15, 2020, for an initial appearance on a petition alleging violations of supervised release. Because Mr. Leonard was in custody at the time, the parties filed a stipulation to continue the initial

appearance. ECF No. 45. The Court granted the parties' stipulation and ordered Mr. Leonard to appear on August 5, 2020. ECF No. 46.

2. The parties are advised that Mr. Leonard is still in state custody and for that reason, ask the Court to continue his initial appearance for at least sixty (60) days.

3. Undersigned counsel notified Supervising Probation Officer Joy Gabonia as to this continuance and she does not object to the initial appearance being continued.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By */s/ Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD EARL RUSSELL,<br><br>Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on August 5, 2020, at the hour of 2:30 p.m., be vacated and continued to October 5, 2020, at the hour of 2:30 p.m Courtroom 3D.

DATED this 4th day of August, 2020.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3