UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD EARL RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on October 5, 2020, at the hour of 2:30 p.m., be vacated and continued to December 14, 2020 at the hour of 3:00 pm in LV Courtroom 3D

　　　DATED this 2 day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3