RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Leonard Earl Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD EARL RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney and Travis Leverett, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for the defendant Leonard E. Russell, that the supervised release revocation hearing currently scheduled on January 20, 2021, at 10:00am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On December 14, 2020, Mr. Russell made his initial appearance on a summons and a petition alleging violations of supervised release. ECF No. 53. Mr. Russell was continued on release and his revocation hearing was set for January 20, 2021. *See id.*

2. On January 5, 2021, defense counsel learned that Mr. Russell was in the Clark County Detention Center (CCDC) due to an alleged violation of house arrest conditions related to a pending state court matter.

3. Mr. Russell's state public defender advised defense counsel that the state court was inclined to release Mr. Russell if he agreed to reside in the federal residential reentry center (RRC). Government counsel and U.S. Probation Officer King are agreeable to Mr. Russell residing in the RRC. However, Mr. Russell must first test negative for Covid-19 before the RRC will officially accept him. A request has been made to CCDC to have him re-tested. Once he tests negative, Mr. Russell has agreed to sign a waiver modifying his conditions of supervised release so that he can reside in the RRC.

4. Defense counsel asks to continue the revocation hearing to allow time for Mr. Russell to be tested at CCDC, for the results to be returned and submitted to Probation and the RRC, for Mr. Russell to sign the waiver of his supervised release conditions, and for this Court to consider the modification.

5. Undersigned counsel has discussed this stipulation with government counsel and with Probation Officer King, and they do not oppose this stipulation.

6. Mr. Russell is in custody at CCDC, and he agrees to this stipulation

This is the first request to continue the supervised release hearing.

DATED this 11th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By /s/ *Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>LEONARD EARL RUSSELL,<br><br>             Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on January 20, 2021, at the hour of 10:00 a.m., be vacated and continued to February 24, 2021 at the hour of 10:30 a.m.

    DATED January 13, 2021.

                                                  _____
                                               UNITED STATES DISTRICT JUDGE