Prob12B
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 3, 2021**

Name of Offender: **Leonard Earl Russell**

Case Number: **2:13CR00326**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **October 23, 2014**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **86 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 30, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

### CAUSE

Russell is currently pending revocation as outlined in the violation report dated June 26, 2020. On December 14, 2020, Russell contacted the undersigned officer advising he was staying in a local area hotel due to homelessness and while recovering from COVID-19; he has since fully recovered. Russell attended his initial appearance on the same day via Zoom; however, RRC placement could not be ordered since Russell was in quarantine due to testing positive for COVID-19. Russel is now temporarily living with his stepfather who is elderly and at risk for illness. It is therefore respectfully requested that placement in the RRC for up to 90 days be added to his conditions of supervised release. Russell is agreeable to the addition of this condition as witnessed by his signature on the attached waiver. Placement in the RRC will assist in Russell's stabilization pending his revocation set for February 24, 2021.

RE: Leonard Earl Russell

Prob12B
D/NV Form
Rev. June 2014

                              Respectfully submitted,

Digitally signed by Brianna King
Date: 2021.02.03 09:54:30 -08'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.02.03 09:44:14 -08'00'

Brian Blevins
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐    No Action.

☐    The extension of supervision as noted above.

X    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

February 5, 2021
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____   Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

Date 1/29/21