RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Leonard Earl Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD EARL RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney and Kevin Douglas Schiff, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Heidi A. Ojeda, counsel for the defendant Leonard E. Russell, that the supervised release revocation hearing currently scheduled on February 24, 2021, at 10:00am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The defendant has a hearing in his pending state case in May 2021, the result of which will impact negotiations in this case.

2.  Defendant is currently residing in the halfway house and he agrees to this stipulation.

3.  The parties agree to the continuance.

This is the second request to continue the supervised release hearing.

DATED this 18th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Kevin Douglas Schiff*<br>KEVIN DOUGLAS SCHIFF<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00326-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD EARL RUSSELL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on February 24, 2021, at the hour of 10:00 a.m., be vacated and continued to May 19, 2021 at the hour of 10:30 a.m.

DATED February 19, 2021.

_____
UNITED STATES DISTRICT JUDGE