RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Leonard Earl Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD EARL RUSSELL,<br><br>Defendant. | Case No. 2:13-cr-00326-JCM-PAL<br><br>**STIPULATION TO CONTINUE SUPERVISED RELEASE HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney Christopher Chiou and Assistant United States Attorney and Edward G Veronda, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Heidi A. Ojeda, counsel for the defendant Leonard E. Russell, that the supervised release revocation hearing currently scheduled on May 19, 2021, at 10:00am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The defendant's state case is ongoing and is still trying to be resolved, the results of which will impact negotiations in this case.

2.  Defendant is currently residing in the halfway house and he agrees to this stipulation.

3.  The parties agree to the continuance.

This is the third request to continue the supervised release hearing.

DATED this 14th day of May 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Edward G Veronda*<br>EDWARD G VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LEONARD EARL RUSSELL,

    Defendant.

Case No. 2:13-cr-00326-JCM-PAL

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 19, 2021, at the hour of 10:00 a.m., be vacated and continued to July 14, 2021 at the hour of 10:30 a.m.

    DATED May 14, 2021.

_____
UNITED STATES DISTRICT JUDGE